IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND JACKSON and ) | |
| MAURGREITA JANE JACKSON, individually ) | |
| and on behalf of NICOLAS JAMES ALLEN ) | |
| JACKSON, a minor, and JACOB LOUIS ) | NO. 3:09-00908 |
| DONALD JACKSON, a minor; ) | JUDGE HAYNES |
| MAURGREITA JANE JACKSON, in her capacity ) | |
| as trustee of THE BRENDA G. DUFF ) | |
| IRREVOCABLE TRUST, THE JANE JACKSON ) | |
| PB TRUST, THE JANE JACKSON TRUST and ) | |
| THE JAMES DUFF PB TRUST and ) | |
| JAMES DUFF, individually and on behalf of ) | |
| LUCK MARIA DUFF, a minor, and ) | |
| RACHEL PAULINA DUFF, a minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| REGIONS BANK, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss Plaintiffs' amended complaint (Docket Entry No. 10) is **DENIED**. The parties have ten (10) days to submit a case management order.

It is so **ORDERED**.

ENTERED this the _____ day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge