

**PARK CAPITAL MANAGEMENT GROUP**
216 Centerview Dr #303
BRENTWOOD, TENNESSEE 37027

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/17/2008 | 7419 |

BILL TO:

Traci D Peel
3005 Boxbury Lane
Old Hickory, TN 37138

| DESCRIPTION | AMOUNT |
|---|---|
| 2nd Quarter Management Fees April - June | 508.44 |
| Due upon receipt. | |

EXHIBIT NO. 8
M. Davis 4-11-11

$508.44

**TOTAL** 1016.88



**PARK CAPITAL MANAGEMENT GROUP**
216 Centerview Dr #303
BRENTWOOD, TENNESSEE 37027

# invoice

DATE | INVOICE #
---|---
3/17/2008 | 7223

BILL TO:

Traci D Peel
3005 Boxbury Lane
Old Hickory, TN 37138

| DESCRIPTION | AMOUNT |
|---|---|
| 1st Quarter Management Fees January - March | 508.44 |
| Due upon receipt. | |
| | $508.44 |

**TOTAL**