

**PARK CAPITAL MANAGEMENT GROUP**
216 Centerview Dr #303
BRENTWOOD, TENNESSEE 37027

| DATE | INVOICE # |
|---|---|
| 3/17/2008 | 7224 |

BILL TO:

Mary Ray
7504 Caney Fork Road
Nashville, TN 37062-9416

| DESCRIPTION | AMOUNT |
|---|---|
| 1st Quarter Management Fees January - March | 1,032.86 |
| Due upon receipt. | |

EXHIBIT NO. 69
M. Davis  4-14-11
Cleeton Davis Reporters

**TOTAL** $1,032.86



 **PARK CAPITAL MANAGEMENT GROUP**
216 Centerview Dr #303
BRENTWOOD, TENNESSEE 37027

| DATE | INVOICE # |
|---|---|
| 6/17/2008 | 7420 |

BILL TO:

Mary Ray
7504 Caney Fork Road
Nashville, TN  37062-9416

| DESCRIPTION | AMOUNT |
|---|---|
| 2nd Quarter Management Fees April - June | 1,032.86 |
| Due upon receipt. | |
| | $1,032.86 |

**TOTAL**