UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND JACKSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 3:09-cv-00908 |
| ) | |
| v. ) | Judge Sharp |
| ) | |
| REGIONS BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, *Regions Bank's Motion for Summary Judgment* and *Regions Bank's Motion for Partial Summary Judgment with Respect to Plaintiff James Duff* (Docket Entry Nos. 105 and 99) are hereby DENIED.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE