IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RAYMOND JACKSON and<br>MAURGREITA JANE JACKSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>REGIONS BANK,<br><br>　　　　Defendant. | )<br>)<br>) No. 3:09-cv-0908<br>)<br>) Judge Kevin H. Sharp<br>)<br>)<br>) JURY DEMAND<br>)<br>) |

## AGREED STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and as evidenced by the signatures of counsel below, Plaintiffs Blanca Narcio and Jose Narcio and Defendant Regions Bank have agreed to resolve all claims and disputes at issue in this lawsuit as they relate to these Plaintiffs only, and as part of that resolution, have agreed that all aforementioned Plaintiffs' claims against Defendant should be and are hereby dismissed with prejudice.

It is so ordered.

_____
**KEVIN H. SHARP**
United States District Judge

The filing user hereby represents that all signatories hereby agree to the filing of this document.

**JOINTLY SUBMITTED:**

*/s/ Joseph A. Woodruff*
Joseph A. Woodruff (TN BPR No. 12869)
Derek W. Edwards (TN BPR No. 21455)
Tera Rica Murdock (TN BPR No. 28153)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Email: joseph.woodruff@wallerlaw.com
   derek.edwards@wallerlaw.com
   terarica.murdock@wallerlaw.com

*Attorneys for Defendant Regions Bank*


*/s/ H. Naill Falls, Jr.*
H. Naill Falls, Jr.
John B. Veach III
FALLS & VEACH
1143 Sewanee Road
Nashville, Tennessee 37220
Telephone: (615) 242-1800
Email: nf@fallsveach.com
   tv@fallsveach.com

*/s/ Kenneth R. Jones, Jr.*
Kenneth R. Jones, Jr.
JONES HAWKINS & FARMER, PLC
150 Fourth Avenue North, Suite 1820
Nashville, Tennessee 37219
Telephone: (615) 726-0050
Email: kjones@joneshawkinsfarmer.com

*Attorneys for Plaintiffs*